UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| GREGORY WAYNE LEAKE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:19-CV-82-TAV-CRW |
| JAMES HARVILLE, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant's motion for summary judgment [Doc. 23] is **GRANTED** and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED with prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ John L. Medearis
CLERK OF COURT